DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN DAVID WILSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2811

_____

January 16, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

John David Wilson, Jr., pro se.


PER CURIAM.

      Affirmed.


KELLY, VILLANTI, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.